UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN WAYNE HAUN,

    Petitioner,

v.                                      Case No. 5:21cv220-TKW-HTC

EDDIE JONES, WARDEN of
  JEFFERSON CORRECTIONAL INSTITUTION
  FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6).  No objections were filed.  Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's recommended disposition.  Accordingly, it is

    ORDERED that

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Ground Two of the Petition is DISMISSED without an evidentiary hearing.

3. The Clerk is directed to terminate the Warden of Jefferson Correctional Institute as a Respondent in CM/ECF.

4. This case is returned to the Magistrate Judge for further proceedings.

**DONE and ORDERED** this 7th day of February, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**