UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN WAYNE HAUN,

    Petitioner,

v.                                            Case No. 5:21cv220-TKW-HTC

WARDEN of FCI TALLAHASSEE,

    Respondent.
_____/

### ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 16). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case is moot because the Bureau of Prisons administratively granted Petitioner the relief he was seeking in the petition in this case.

Accordingly, it is ORDERED that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The Petition is DISMISSED as moot without an evidentiary hearing.

3.    The Clerk shall close the file.

**DONE and ORDERED** this 4th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**